IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
LAREDO DIVISION

| | | |
|---|---|---|
| GEORGE L. CORTEZ,<br>  Plaintiff,<br><br>v.<br><br>JESUS BALTAZAR SEGURA CAMPOS<br>AND RAPIDOS SABINAS, S.A. DE C.V.,<br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:24-cv-13 |

## Defendants' Notice of Removal

To the Honorable Judge of the United States District Court for the Southern District of Texas, Laredo Division:

The defendants Jesus Baltazar Segura Campos and Rapidos Sabinas, S.A. de C.V. file this notice of removal under 28 U.S.C. § 1446(a). Defendants remove suit from a state court, the 49th District Court of Webb County, Texas, which has docketed this suit as Cause No. 2023CVA001253D1.

## I. Introduction

1.1   Plaintiff George L. Cortez is an individual residing in Laredo, Webb County, Texas, U.S.A.

1.2   Defendant Jesus Baltazar Segura Campos is a resident of Nuevo Laredo, Tamaulipas, Mexico and a citizen of Mexico.

1.3   Defendant Rapidos Sabinas, S.A. de C.V. is an entity incorporated under the laws of Mexico, having its principal place of business now and at the time this action

was commenced at its headquarters in Mexico. Rapidos Sabinas, S.A. de C.V. is now and was at the time this action was commenced domiciled in Mexico and no other state.

1.4   Plaintiff filed his suit against defendants on August 14, 2023. Plaintiff served Rapidos Sabinas, S.A. de C.V. by substituted service on January 9, 2024. Service upon Jesus Baltazar Segura Campos is not yet complete. However, in the interest of efficiency, Campos waives the defect in service and waives service of process effective the date of removal.

1.5   Defendants file this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## II. Basis for Removal

2.1   Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a). The defendants are now, and were at the time the suit was commenced, citizens of Mexico. Plaintiff is, and was at the time the suit was commenced, a citizen of Texas, United States. Additionally, the amount in controversy exceeds $75,000, exclusive of interest and costs, because *Plaintiff's Original Petition* seeks monetary relief of "over $250,000.00 but no more than $1,000,000.00." See *Exh. A.;* 28 U.S.C. § 1332(a).

2.2   Venue is proper in this district under 28 U.S.C §1441(a) because the state court where the suit has been pending is located in this district.

2.3   In addition, as required by Local Rule 81 and 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** is an *Index of Matters Being Filed* along with the required attachments and all process, pleading, and orders served in the action. Please further see *the List of All Counsel of Record* attached as **Exhibit B.**

2.4    Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## III. Jury Demand

3.1    Plaintiff demanded a jury in the state-court suit.

## IV. Conclusion

4.1    Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because the plaintiff and defendants are diverse in citizenship.

4.2    In accordance with the above, the defendants pray that this Court enter such further orders and grant such further relief as may be necessary to secure removal herein and to prevent further proceedings in the 49th District Court of Webb County, Texas, where the case is pending now, and for such other and further relief, general and special, legal and equitable, to which they may show themselves to be justly entitled.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: */s/ James H. Hunter, Jr.*
    James H. Hunter, Jr.
    Attorney-In-Charge
    Federal I.D. No. 15703
    Texas State Bar No. 00784311
    55 Cove Circle
    Brownsville, Texas 78521
    Tel. (956) 542-4377
    Fax (956) 542-4370
    Email: jim.hunter@roystonlaw.com
    *Attorneys for Defendants,*
    *Jesus Baltazar Segura Campos and*
    *Rapidos Sabinas, S.A. de C.V.*

OF COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

Shauna A. Lozano
Federal ID No. 3151244
Texas State Bar No. 24106229
55 Cove Circle
Brownsville, TX 78523
Telephone: (956) 542-4377
Facsimile: (956) 542-4370
Email: shauna.lozano@roystonlaw.com

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of this document was served to all known counsel of record via email on January, 25, 2024.

                  Marco A. Salinas
                  KNICKERBOCKER, HEREDIA,
                  SALINAS & SALINAS, P.C.
                  468 Main Street
                  Eagle Pass, Texas 78852-4598
                  5460 Springfield Ave., Suite 109
                  Laredo, Texas 78041
                  *Attorneys for Plaintiff*

                  */s/ James H. Hunter, Jr.*
                  Of Royston, Rayzor, Vickery & Williams, L.L.P.